■ In the Matter of MEILING ZHANG, Appellant, v JINGHONG ZHU, Respondent. [826 NYS2d 581]—In a family offense proceeding pursuant to Family Court Act article 8, the petitioner appeals from an order of the Family Court, Kings County (Olshansky, J.), dated November 15, 2005, which, after a hearing, dismissed her petition for an order of protection against the respondent.

Ordered that the order is affirmed, without costs or disbursements.

The determination of whether a family offense was committed is a factual issue to be resolved by the Family Court (*see Matter of Lallmohamed v Lallmohamed*, 23 AD3d 562 [2005]; *Matter of Fiore v Fiore*, 34 AD3d 803 [2006]; *Matter of Kraus v Kraus*, 26 AD3d 494, 495 [2006]), and the Family Court's determination regarding the credibility of witnesses is entitled to great weight on appeal (*see Matter of Kraus v Kraus, supra*; *Matter of De La Cruz v Colon*, 16 AD3d 496 [2005]; *Matter of Wissink v Wissink*, 13 AD3d 461, 462 [2004]; *Matter of St. Denis v St. Denis*, 1 AD3d 370 [2003]). We find no basis to disturb the Family Court's determination. Rivera, J.P., Spolzino, Ritter and Angiolillo, JJ., concur.